RAMIRO MORALES, # 7101
rmorales@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive. Suite 300
Las Vegas, NV 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an IOWA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION; CATLIN SPECIALTY INSURANCE COMPANY, a DELAWARE CORPORATION; GREENWICH INSURANCE COMPANY, a DELAWARE CORPORATION, XL INSURANCE AMERICA, INC., a DELAWARE CORPORATION and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: _____<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)<br><br>Clark County Superior Court Case No.:A-17-766003-C<br><br>Complaint filed: December 15, 2017 |

TO THE CLERK AND HONORABLE JUDGE OF THIS COURT:

PLEASE TAKE NOTICE that defendant ZURICH AMERICAN INSURANCE COMPANY ("Zurich") hereby removes to this Court the State court action described below. Defendants CATLIN SPECIALTY INSURANCE COMPANY ("Catlin"), GREENWICH INSURANCE COMPANY ("Greenwich"), and XL INSURANCE AMERICA, INC., ("XL") join in Zurich's removal as set forth in their Joinder of Notice of Removal attached hereto as **Exhibit**

---

NOTICE OF REMOVAL                                                                   CASE NO:

1

"A".

## I. PROCEDURAL HISTORY

On or about December 15, 2017, an action was commenced in the District Court of the State of Nevada, County of Clark, entitled *Employers Mutual Casualty Company v. Zurich American Insurance Company, et al.,* Case No. A-17-766003-C (sometimes referred to herein as "the Removed Action"). A true and correct copy of the Summons and service from the Department of Insurance, Civil Case Cover Sheet, and Complaint for declaratory relief, equitable contribution, equitable/partial/total indemnification, and equitable subrogation and related documents in the Removed Action served on Zurich are attached hereto as **Exhibit "B"**.

The Complaint in Removed Action seeks declaratory relief and money damages on behalf of plaintiff Employers Mutual Casualty Company ("EMC") against Defendants arising out of the alleged defective construction of a Pro Petroleum Fuel Terminal ('the Project") located in Las Vegas, Nevada. The Complaint alleges Pro Petroleum entered into a contract with Strobel Construction Unlimited (Strobel") to act as general contractor on the construction of the Project, and Strobel in turn, entered into a subcontract with Corrpro Companies, Inc. ("Corrpro") to work on the Project. Pro Petroleum asserted a claim against Strobel and Corrpro alleging problems with the Project ("the Pro Petroleum claim"). EMC asserts that it issued a series of insurance policies to Strobel and that Defendants issued a series of policies under which Corrpro was an insured as set forth in the Complaint. The Pro Petroleum claim settled for $2,850,000. EMC and Defendants each paid portions of the settlement. EMC alleges that it is entitled to reimbursement from Defendants of the amount it paid ($783,759.00) to settle the Pro Petroleum Claim on behalf of its named insured Strobel on the grounds that Strobel is an additional insured under Defendants' policies, which Defendants dispute.

The first date upon which Zurich received a copy of the Complaint was December 22, 2017, when Zurich's agent for service of process was served with the summons and Complaint by the Nevada Department of Business and Industry, Division of Insurance ("Department of Insurance") pursuant to NRS 680A.260. (See, the Department of Insurance documents regarding service on Zurich attached hereto as part of **Exhibit "B"**).

2
NOTICE OF REMOVAL                                           CASE NO:

The Complaint seeks damages, exclusive of interest and costs, in excess of the Federal Court Jurisdictional Limit as set forth in 28 USC Section 1332 as EMC is seeking reimbursement of $783,759.00 from Defendants (see paragraphs 18 and 19 of the Complaint). The Complaint alleges that plaintiff EMC is a corporation engaged in the business of insurance, organized under the law of the State of Iowa, with its principal place of business in Iowa (See paragraph 1 of the Complaint). Defendant Zurich is a corporation engaged in the business of insurance, organized under the law of the State of New York, with its principal place of business in Illinois. Defendants Catlin, Greenwich and XL, are corporations engaged in the business of insurance, organized under the law of the State of Delaware, with their principal place of business in Connecticut.

## II.   THIS CASE HAS COMPLETE DIVERSITY OF CITIZENSHIP, AN AMOUNT IN CONTROVERSY WHICH EXCEEDS $75,000 AND VENUE IS PROPER

The Removed Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendants pursuant to 28 USC § 1446(b) in that it is between citizens of different states, and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.  Complete diversity of citizenship exists in this case. The plaintiff is incorporated and has its principal place of business in the State of Iowa. Zurich is incorporated under the laws of the State of New York, with its principal place of business in Illinois; and Catlin, Greenwich and XL are incorporated under the laws of the State of Delaware, with their principal place of business in Connecticut. When the state court action was filed and at the time of removal, none of the defendants were citizens of Iowa. Venue is proper in the United States District Court, District of Nevada because the Removed Action was filed in District Court of Nevada in and for the County of Clark.

## III.   REMOVAL IS TIMELY AND ALL DEFENDANTS JOIN IN REMOVAL

This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is filed within 30 days after receipt by Zurich of papers indicating that the Removed Action was removable to this Court.  Removal is also timely because this Notice of Removal is filed within one year after the Removed Action was commenced in state court against Zurich. Defendants Catlin, Greenwich and

NOTICE OF REMOVAL                                                                                              CASE NO:

3

XL's consent to and join in Zurich's removal as set forth in attached **Exhibit "A".**

WHEREFORE, having provided notice as required by law, Zurich requests removal of the Removed Action from the District Court of the County of Clark, State of Nevada, to this Court.

Dated:  January 16, 2018                         MORALES FIERRO & REEVES

By:  */s/ Ramiro Morales*
     Ramiro Morales
     Attorneys for Defendant, ZURICH
     AMERICAN INSURANCE COMPANY