1  RAMIRO MORALES, # 7101
   rmorales@mfrlegal.com
2  MORALES FIERRO & REEVES
3  600 So. Tonopah Drive. Suite 300
   Las Vegas, NV  89106
4  Telephone:  (702) 699-7822
   Facsimile:   (702) 699-9455
5
6  Attorneys for Defendant
   ZURICH AMERICAN INSURANCE COMPANY
7

8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11
   EMPLOYERS MUTUAL CASUALTY          )   CASE NO.:  2:18-cv-00089-JCM-PAL
12 COMPANY, an IOWA CORPORATION,      )
                                      )   **STIPULATION AND [PROPOSED]**
13              Plaintiff,            )   **ORDER TO EXTEND TIME FOR**
                                      )   **DEFENDANT ZURICH AMERICAN**
14       vs.                          )   **INSURANCE COMPANY TO RESPOND**
                                      )   **TO COMPLAINT BY 30 DAYS**
15 ZURICH AMERICAN INSURANCE          )
   COMPANY, an ILLINOIS CORPORATION;  )   (First Requested Extension of Time)
16 CATLIN SPECIALTY INSURANCE         )
   COMPANY, a DELAWARE                )
17 CORPORATION; GREENWICH             )
   INSURANCE COMPANY, a DELAWARE      )
18 CORPORATION, XL INSURANCE          )
   AMERICA, INC., a DELAWARE          )
19 CORPORATION and DOES 1 through 250,)
   inclusive,                         )
20                                    )
                                      )
21              Defendants.           )
                                      )
22 _____  )

23

24                            **STIPULATION**

25        Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff EMPLOYERS MUTUAL CASUALTY

26 COMPANY ("EMC") and Defendant ZURICH AMERICAN INSURANCE COMPANY

27 ("Zurich") hereby stipulate, and hereby request an order for a thirty (30) day extension of time for

28 Zurich to file a response to the Complaint in this action on the following grounds:

_____
                                        1

1    WHEREAS, on or about December 8, 2017, EMC commenced an action in the District

2  Court of the State of Nevada, County of Clark, entitled *Employers Mutual Casualty Company v.*

3  *Zurich American Insurance Company, et al.,* Case No. A-17-766003-C;

4    WHEREAS, Zurich's agent for service of process was first served with the summons and

5  Complaint on or about December 22, 2017 by the Nevada Department of Business and Industry,

6  Division of Insurance pursuant to NRS 680A.260;

7    WHEREAS, Zurich removed the action to this current court, pursuant to 28 U.S.C. § 1441

8  (b) (DIVERSITY), on January 16, 2018;

9    WHEREAS, Zurich's response to the Complaint is currently due on or before January 23,

10  2018;

11    WHEREAS, counsel for Zurich was only recently retained;

12    WHEREAS, this coverage action arises out of a claim for the alleged defective construction

13  of fuel tanks and a cathodic protection system at a Las Vegas fuel terminal facility and the

14  documents related to that claim are in excess of 5,000 pages and therefore voluminous;

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION TO EXTEND TIME                    CASE NO:  2:18-cv-00089-JCM-PAL

NOW THEREFORE, IT IS STIPULATED AND AGREED by and between EMC and Zurich that Zurich's time to respond to EMC's Complaint shall be extended by 30 days, making the response due on or before February 22, 2018.

IT IS SO STIPULATED.

DATED:  January 22, 2018                    MORALES, FIERRO & REEVES


By:    */s/ Ramiro Morales*
       Ramiro Morales, Esq.
       Attorneys for Defendant ZURICH AMERICAN
       INSURANCE COMPANY


DATED:  January 22, 2018                    THE GRAD LAW FIRM


By:    */s/ LaLeaque Grad (with persmission)*
       LaLeaque Grad, Esq.
       Attorneys for Plaintiff EMPLOYERS MUTUAL
       CASUALTY COMPANY


IT IS SO ORDERED:


DATED: __February 5, 2018__

HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME                    CASE NO:  2:18-cv-00089-JCM-PAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Carol J. Hastings, an employee of Morales Fierro & Reeves, am over the age of 18 years and am not a party to this matter, action, or proceeding.

On the below date, I  served the following documents:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ZURICH AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT BY 30 DAYS**

**X      VIA ELECTRONIC SERVICE:**  I caused the above document(s) to be electronically served through the United States District Court's CM/ECF System for the within action, on the participants in this case who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 22ND day of January 2018.

_/s/ Carol J. Hastings_
Carol J. Hastings