Max H. Stern (*pro hac vice* to be submitted)
mhstern@duanemorris.com
Jessica E. La Londe (*pro hac vice* to be submitted)
jelalonde@duanemorris.com
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957 3000
Fax: (415) 957 3001

Tyson E. Hafen # 13139
tehafen@duanemorris.com
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: (702) 868-2600
Fax: (702) 385-6862

Attorneys for Defendants
CATLIN SPECIALTY INSURANCE COMPANY,
GREENWICH INSURANCE COMPANY,
and XL INSURANCE AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an IOWA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION; CATLIN SPECIALTY INSURANCE COMPANY, a DELAWARE CORPORATION; GREENWICH INSURANCE COMPANY, a DELAWARE CORPORATION, XL INSURANCE AMERICA, INC., a DELAWARE CORPORATION and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00089-JCM_PAL<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, AND XL INSURANCE AMERICA, INC., TO FILE RESPONSE TO COMPLAINT<br><br>(FIRST REQUEST) |

Defendants CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, and XL INSURANCE AMERICA, INC., (collectively "Defendants") by and through their attorneys, Duane Morris LLP, and Plaintiff EMPLOYERS MUTUAL CASUALTY COMPANY ("Plaintiff"), by and through its attorneys, The Grad Law Firm, hereby jointly request that this Court grant this joint motion, in compliance with LR IA 6-1 and LR 7-1, and provide Defendants a 30-day extension of time, until February 22, 2018, to file a responsive pleading to the Complaint.

In support of this joint motion the Parties state:

1. On or about January 16, 2018, prior to Defendants responding to Plaintiff's complaint, a Notice of Removal was filed by defendant Zurich American Insurance Company, which Defendants joined, and this action was removed from the Clark County District Court, case no. A-17-76603-C, to this Court;
2. Pursuant to Fed. R. Civ. P. 81(c)(2)(c), a defendant who did not respond to the complaint before removal has seven (7) days to file a responsive pleading from when a Notice of Removal was filed, making a response due January 23, 2018;
3. Counsel for Defendants were recently retained by Defendants and need additional time to evaluate this matter before preparing a responsive pleading;
4. The Parties have consented to a 30-day extension; and
5. No party will be prejudiced by permitting Defendants to have an extension of time to file a responsive pleading to the Complaint.

…

| | |
|---|---|
| 1 | WHEREFORE, the Parties respectfully request that the Court grant a 30-day extension of |
| 2 | time, until **February 22, 2018**, to allow Defendants to file a responsive pleading to the Complaint. |

| | | |
|---|---|---|
| 4 | THE GRAD LAW FIRM | DUANE MORRIS LLP |
| 5 | By /s/ *Laleaque Grad* | By /s/ *Tyson E. Hafen* |
|   | Laleaque Grad, Bar No. 8475 | Tyson E. Hafen, Bar No. 13139 |
| 7 | Attorneys for Plaintiff | Attorneys for Defendants |
|   | EMPLOYERS MUTUAL CASUALTY COMPANY | CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, and XL INSURANCE AMERICA, INC. |

IT IS SO ORDERED.

DATED: February 5, 2018

_____
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, AND XL INSURANCE AMERICA, INC., TO FILE RESPONSE TO COMPLAINT**, (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP