Tyson E. Hafen (13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:tehafen@duanemorris.com

Max H. Stern (*Pro Hac Vice* Pending)
Jessica E. La Londe (*Pro Hac Vice* to be Submitted)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:mhstern@duanemorris.com
        jelalonde@duanemorris.com

Attorneys for Defendants and Cross-Defendants
CATLIN SPECIALTY INSURANCE COMPANY,
GREENWICH INSURANCE COMPANY, and XL
INSURANCE AMERICA, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **EMPLOYERS MUTUAL CASUALTY COMPANY, an IOWA CORPORATION,** | Docket No.: 2:18-cv-00089 |
| **Plaintiff,** | **JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS AND CROSS-DEFENDANTS CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, AND XL INSURANCE AMERICA, INC., TO RESPOND TO ZURICH AMERICAN INSURANCE COMPANY'S CROSS-COMPLAINT** |
| **v.** | |
| **ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION; CATLIN SPECIALTY INSURANCE COMPANY, a DELAWARE CORPORATION; GREENWICH INSURANCE COMPANY, a DELAWARE CORPORATION, XL INSURANCE AMERICA, INC., a DELAWARE CORPORATION and DOES 1 through 250, inclusive,** | |
| | **(FIRST REQUEST)** |
| **Defendants.** | |

Defendants and Cross-Defendants CATLIN SPECIALTY INSURANCE COMPANY,

GREENWICH INSURANCE COMPANY, and XL INSURANCE AMERICA, INC., (collectively

"Cross-Defendants") by and through their attorneys, DUANE MORRIS LLP, and Defendant

ZURICH AMERICAN INSURANCE COMPANY ("Zurich"), by and through its attorneys, MORALES FIERRO & REEVES (collectively, "the Parties"), jointly request that this Court grant this Joint Motion, in compliance with LR IA 6-1 and LR 7-1, and provide Cross-Defendants with a two-week extension of time, until **March 29, 2018**, to file a responsive pleading to Zurich's Cross-Complaint.

In support of this Joint Motion the Parties state:

1. On February 22, 2018, Zurich filed a Cross-Complaint against Cross-Defendants;

2. Counsel for Cross-Defendants need additional time to evaluate the claims in the Cross-Complaint, retrieve and analyze client documents, and prepare a responsive pleading;

3. Accordingly, on March 12, 2018, counsel for Cross-Defendants, Tyson E. Hafen, and counsel for Zurich, Ramiro Morales, spoke by telephone and Mr. Morales agreed to Mr. Hafen's request for a two-week extension;

4. Specifically, the parties agreed to extend the deadline for Cross-Defendants to respond to Zurich's Cross-Complaint from March 15, 2018 to March 29, 2018;

5. No party in this action will be prejudiced by permitting Cross-Defendants to have an extension of time to file a responsive pleading to Zurich's Cross-Complaint.

WHEREFORE, the Parties respectfully request that the Court grant a two-week extension of time, until **March 29, 2018**, to allow Cross-Defendants to file a responsive pleading to Zurich's Cross-Complaint.

MORALES FIERRO & REEVES                    DUANE MORRIS LLP

By /s/ *Ramiro Morales*                    By /s/ *Tyson E. Hafen*
   Ramiro Morales, SBN 7101           Tyson E. Hafen, SBN 13139
Attorneys for ZURICH AMERICAN             Attorneys for Defendants and Cross-Defendants
                                          CATLIN SPECIALTY INSURANCE COMPANY,
                                          GREENWICH INSURANCE COMPANY, and
                                          and XL INSURANCE AMERICA, INC.

**IT IS SO ORDERED**.

DATED : March 13, 2018

U.S. MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, I served via CM/ECF (and/or deposited for mailing in the U.S. Mail), a true and correct copy of the foregoing **JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS AND CROSS-DEFENDANTS CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, AND XL INSURANCE AMERICA, INC., TO RESPOND TO ZURICH AMERICAN INSURANCE COMPANY'S CROSS-COMPLAINT**, (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP