Tyson E. Hafen (13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:tehafen@duanemorris.com

Max H. Stern (*Pro Hac Vice*)
Jessica E. La Londe (*Pro Hac Vice*)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:mhstern@duanemorris.com
          jelalonde@duanemorris.com

Attorneys for Defendants and Cross-Defendants
CATLIN SPECIALTY INSURANCE COMPANY,
GREENWICH INSURANCE COMPANY, and XL
INSURANCE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an IOWA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION; CATLIN SPECIALTY INSURANCE COMPANY, a DELAWARE CORPORATION; GREENWICH INSURANCE COMPANY, a DELAWARE CORPORATION, XL INSURANCE AMERICA, INC., a DELAWARE CORPORATION and DOES 1 through 250, inclusive,<br><br>Defendants. | Docket No.: 2:18-cv-00089<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** (in compliance with LR 26-4)<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION, |
| 2 | |
| 3 | Counter-claimant, |
| | v. |
| 4 | EMPLOYERS MUTUAL CASUALTY |
| 5 | COMPANY, an IOWA CORPORATION, |
| 6 | Counter-defendant. |
| 7 | ZURICH AMERICAN INSURANCE COMPANY, an ILLINOIS CORPORATION, |
| 8 | |
| | Cross-claimant, |
| 9 | v. |
| 10 | CATLIN SPECIALTY INSURANCE |
| 11 | COMPANY, a DELAWARE CORPORATION; GREENWICH |
| 12 | INSURANCE COMPANY, a DELAWARE CORPORATION; XL INSURANCE |
| 13 | AMERICA, INC., a DELAWARE CORPORATION and DOES 1 through 250, |
| 14 | inclusive, |
| 15 | Cross-defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff/counter-defendant EMPLOYERS MUTUAL CASUALTY COMPANY ("Plaintiff"), by and through its attorneys THE GRAD LAW FIRM, defendant/counter-claimant/cross-claimant ZURICH AMERICAN INSURANCE COMPANY ("Zurich"), by and through its attorneys MORALES FIERRO & REEVES, and defendants/cross-defendants CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, and XL INSURANCE AMERICA, INC., ("XL Catlin"), by and through its attorneys DUANE MORRIS LLP, that the deadlines in the Stipulated Discovery Plan and Scheduling Order (ECF No. 29) be extended as provided herein.

...

A.  **DISCOVERY COMPLETED**

The parties, through counsel, participated in a Fed. R. Civ. P. 26(f) conference on February 9, 2018 and are currently engaged in a considerable amount of written discovery, as outlined below.

**Discovery Propounded to Date:**

| Party | Discovery | Served |
|---|---|---|
| Plaintiff | Initial Disclosures (to all parties) | April 27, 2018 |
| Catlin | Initial Disclosures (to all parties) | April 27, 2018 |
| Zurich | Initial Disclosures (to all parties) | April 27, 2018 |
| Catlin | First Interrogatories, Requests for Production, and Requests for Admissions to Zurich | May 4, 2018 |
| Catlin | First Interrogatories, Requests for Production, and Requests for Admissions to Plaintiff | May 4, 2018 |
| Plaintiff | First Interrogatories, Requests for Production, and Requests for Admissions to Greenwich Ins. Co. | May 8, 2018 |
| Plaintiff | First Interrogatories, Requests for Production, and Requests for Admissions to Catlin Specialty Ins. Co. | May 8, 2018 |
| Plaintiff | First Interrogatories, Requests for Production, and Requests for Admissions to XL Insurance America, Inc. | May 8, 2018 |
| Plaintiff | First Interrogatories and Requests for Production to Zurich | May 9, 2018 |
| Zurich | First Interrogatories, Requests for Production, and Requests for Admissions to Catlin Specialty Ins. Co. | May 17, 2018 |
| Zurich | First Interrogatories, Requests for Production, and Requests for Admissions to Greenwich Ins. Co. | May 17, 2018 |
| Zurich | First Requests for Production, and Requests for Admissions to XL Insurance America, Inc. | May 17, 2018 |
| Zurich | First Interrogatories and Request for Production to Plaintiff | May 17, 2018 |
| Zurich | First Interrogatories to XL Insurance America, Inc. | May 22, 2018 |

B.  **DISCOVERY TO BE COMPLETED**

In the event mediation, scheduled to take place on July 23, 2018, is unsuccessful, the parties anticipate retaining, disclosing, and deposing experts, and taking multiple Fed. R. Civ. P. 30(b)(6) depositions.

C.  **REASONS WHY DISCOVERY WILL NOT BE COMPLETED WITHIN DEADLINES SET FORTH IN SCHEDULING ORDER**

Pursuant to LR 26-4, a request to extend a discovery deadline within 21 days of the subject deadline must be supported by good cause. Good cause exists here as the parties have agreed to mediate this matter on July 23, 2018, with Ross Hart at AMCC, prior to incurring the considerable expenses associated with retaining experts, taking expert and Fed. R. Civ. P. 30(b)(6) depositions, and engaging in expert discovery. The parties are hopeful that incurring such expenses only in the event mediation is unsuccessful will assist in potentially bridging the gap for settlement. An obstacle the parties face, however, is the initial expert disclosure deadline is currently scheduled for June 22, 2018, over one-month prior to the scheduled mediation.

Additionally, this action involves a relatively complex insurance coverage dispute involving multiple insurers stemming from a multi-million dollar settlement arising from the alleged corrosion of fuel tanks. Furthermore, the parties have collectively preliminarily identified dozens of likely witnesses (many of which will likely need to be deposed prior to trial), and have produced—and continue to produce—documents. Finally, the parties anticipate Plaintiff producing additional documents once a stipulated protective order is in place, which the parties are currently working on.

Thus, for the numerous reasons outlined herein, the parties have agreed that at least a three-month (90 day) extension of all remaining discovery deadlines is warranted. As such, the parties have stipulated and agreed to extend discovery deadlines, as outlined below.

…

### D. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| ACTIVITY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Experts | June 22, 2018 | **September 20, 2018** |
| Rebuttal Experts | July 23, 2018 | **October 22, 2018** |
| Close of Discovery | August 21, 2018 | **November 19, 2018** |
| Dispositive Motion Deadline | September 20, 2018 | **December 19, 2018** |
| Pretrial Order (if no dispositive motions are filed) | October 22, 2018 | **January 18, 2019** |

IT IS SO STIPULATED this 6th day of June, 2018.

**THE GRAD LAW FIRM**

By /s/ *Laleaque Grad*
    Laleaque Grad, (SBN 8475)
Attorneys for EMC

**MORALES FIERRO & REEVES**

By /s/ *Ramiro Morales*
    Ramiro Morales, (SBN 7101)
Attorneys for Zurich

**DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
    Tyson E. Hafen (SBN 13139)
Attorneys for XL Catlin Defendants

IT IS SO ORDERED this 11th day of June, 2018.

*[signature]*
U.S. DISTRICT MAGISTRATE JUDGE