Laleaque Grad, Esq.
Nevada Bar No.: 8475
THE GRAD LAW FIRM
8275 South Eastern Avenue
Suite 200-352
Las Vegas, NV 89123
Telephone: (702) 990-8387
Facsimile: (702) 990-8681
Email: lgrad@gradlawfirm.com

Attorney for Plaintiff and Counter-Defnedant
EMPLOYERS MUTUAL CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>             Plaintiff,<br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; CATLIN SPECIALTY INSURANCE COMPANY; GREENWICH INSURANCE COMPANY, XL INSURANCE AMERICA, INC. and DOES 1 through 250, inclusive,<br><br>             Defendants. | Case No.: 2:18-cv-00089-JCM-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

1

In consideration of a negotiated settlement, the parties to this action, acting through their counsel, hereby stipulate to the dismissal of this action **with prejudice**, including all claims, counter-claims and cross-claims stated herein against all parties, with each party to bear its own attorneys fees and costs.

Dated: October 22, 2018

| THE GRAD LAW FIRM | DUANE MORRIS LLP |
|---|---|
| By:  /s/ *Laleaque Grad*<br>       Laleaque Grad | By:  /s/ *Max H. Stern*<br>       Max H. Stern |
| Attorney for Plaintiff/Counter-Defendant EMPLOYERS MUTUAL CASUALTY COMPANY | Attorneys for Defendants/Cross-Defendants CATLIN SPECIALTY INSURANCE COMPANY, GREENWICH INSURANCE COMPANY, and XL INSURANCE AMERICA, INC. |

MORALES, FIERRO & REEVES

By:   /s/ *Ramiro Morales*
        Ramiro Morales

Attorneys for Defendant/Counter-Claimant/Cross-Claimant ZURICH AMERICAN INSURANCE COMPANY

## **ORDER**

IT IS SO ORDERED. Pursuant to the above Stipulation, the entire action, including all claims, counter-claims and cross-claims of all parties, is hereby dismissed with prejudice.

DATED: October 24, 2018                          _____
                                                                           United States District Judge